United States District Court
Southern District of Texas

**ENTERED**

February 28, 2025

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| TEXAS TRUCK PARTS & TIRES INC, | § § | CIVIL ACTION NO 4:21-cv-02055 |
| Plaintiff, | § | |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| UNITED STATES OF AMERICA, | § § | |
| Defendant. | § | |

**ORDER AND JUDGMENT ON DAMAGES**

The Fifth Circuit rendered judgment on appeal for the United States of America, with remand for a determination of damages. Dkt 62. The parties were ordered to submit a joint statement as to calculation of such damages, if agreed. Dkt 64. They did so. Dkt 65.

Pursuant to the joint statement of the parties, it is hereby ORDERED that:

1. Texas Truck Parts & Tires, Inc, is liable for the federal excise tax on the imported tires at issue in this action.

2. The United States of America is entitled to (i) a judgment for the federal excise tax assessed against Texas Truck Parts & Tires, Inc, in the amount of $2,799,234.00 as of December 23, 2024, plus additional pre-judgment and post-judgment interest thereon from December 23, 2024, until paid, and (ii) a bill of costs for which Texas Truck Parts & Tires, Inc, is liable in the amount of $68.39.

It is further ordered that judgment is hereby entered in the above amounts as of the date of entry of this Order.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on February 28, 2025, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge

2